IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMES BOLLA, | ) | CV 09-00165 SOM-KSC |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING MAGISTRATE |
| | ) | JUDGE'S FINDINGS AND |
| vs. | ) | RECOMMENDATION |
| | ) | |
| UNIVERSITY OF HAWAII; DAVID MCCLAIN; VIRGINIA HENSHAW; JAMES DONOVAN; CARL CLAPP; DOE DEFENDANTS 1 THROUGH 100, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 25, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Regarding Plaintiff's Objection to All Defendants' Bill of Costs Filed May 10, 2012 in Document No. 136" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, June 13, 2012.



        /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

James Bolla v. University of Hawaii; CV 09-00165 SOM-KSC ; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION